UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

      CASE NO.    6:20-cv-00140-CEM-GJK

    Plaintiff,

v.

338 STARR REALTY, LLC, and B AND G ENTERPRISES OF SEMINOLE COUNTY, INC. d/b/a SUPREME BEANS COFFEE SHOP,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

    Defendants, 338 STARR REALTY, LLC, and B AND G ENTERPRISES OF SEMINOLE COUNTY, INC. d/b/a SUPREME BEANS COFFEE SHOP, and Plaintiff, MICHAEL R. MCNEIL pursuant to M.D.Fla.L.R. 3.08, hereby provide notice to this Honorable Court that they have reached a settlement in the above-captioned action and are working on reducing their agreement to writing in the form of a Settlement Agreement. The parties therefore request a stay of all deadlines in this action and will file a Joint Stipulation of Dismissal with Prejudice within the next fourteen (14) days.

    Dated this 13th day of March 2020.

LAW OFFICES OF JOE M. QUICK, ESQ.

By: /s/ Joe M. Quick
    Joe M. Quick, Esq.
    Email Address:
    JMQuickEsq@gmail.com
    1224 S. Peninsula Drive #604
    Daytona Beach, FL 32118
    Telephone: (386) 212-3591

COBB COLE
Attorneys at Law Since 1925

By: /s/ Taylor M. Westfall
TAYLOR M. WESTFALL
FLA. BAR NO. 1008328
Primary E-mail:
Taylor.Westfall@cobbcole.com
Post Office Box 2491
Daytona Beach, FL 32115-2491

ATTORNEY FOR PLAINTIFF     Telephone: (386) 323-9292
                           Facsimile:  (386) 323-9233
                           ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed this 13th day of March 2020, with the CM/ECF system:

Joe M. Quick, Esq.
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Email: JMQuickEsq@gmail.com

/s/ Taylor M. Westfall
Attorney